# COMPLAINT FORM

(for filers who are prisoners without lawyers)

FILED
01/21/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southren__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Chad Thomas McCullough__

vs

(Full name of defendant(s))

__Vigo County Jail nursing Staff and nurse Liz__

Case Number:

__2:21-cv-57-JRS-MJD__

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

__Vigo County Jail__
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Vigo County Jail Nursing Staff - Nurse Liz__
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Vigo County Jail 201 Cherry St Terre Haute, IN___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Vigo County Jail's nursing staff. We asked C.O. Loudermilk and nurse Liz for a Covid-19 test. Because I was symtoms. I couldn't taste, smell, was throwing, felt weak and had the runs. This happen 12-31-2020 around 5:58 thats the first time I asked for it. It happen in B-Block of the Vigo County Jail. Around 10:15 pm Ofc. loudermilk came and told me that the nurse Liz

Complaint - 2

had said she was dening us the Covid-19 test.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

for inmates to be treated with respect and if they are sick the nursing staff should not treat it as a joke and charge them for a test that is suppose to be free

E.  JURY DEMAND

[✓] Jury Demand - I want a jury to hear my case

OR

[ ] Court Trial – I want a judge to hear my case

Dated this 15th day of Jan 2021.

Respectfully Submitted,

_Chad T McCullough_
Signature of Plaintiff

35916
Plaintiff's Prisoner ID Number

201 Cherry St Terre Haute Indiana 47807
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5