UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| CHAD THOMAS MCCULLOUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:21-cv-00057-JRS-MJD |
| VIGO COUNTY JAIL, et al. | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 4/9/2021

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

CHAD THOMAS MCCULLOUGH
35916
VIGO COUNTY JAIL
201 Cherry Street
Terre Haute, IN 47807